STATE OF NEW JERSEY v. GEORGE LE PINE.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. BARRY DUNN.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. RONNIE BROWN.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. HARVEY LEE HAWKINS.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. MILLS J. BOONE.

June 3, 1981.

Petition for certification denied.